

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/05/2016 01:45 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-10663-CCJ | 7 | 12/28/2015 |

Chapter 7

**DEBTOR:**       Rafael Rodriguez

            Blanca Rodriguez

**DEBTOR ATTY:**   **Stephen Berlinsky**

**TRUSTEE:**       **Richard Webber, Trustee**

**HEARING:**

Motion by Keystone at Meadow Woods HOA for Relief from Stay Re: 1201 Madeira Key Place, Orlando, FL 32824 (Doc #26)
Response by Trustee to Keystone at Meadow Woods HOA Motion for Relief from Automatic Stay (Doc #27)
Note: Discharged 3/29/16
.

**APPEARANCES:**: Bradley Anderson: Trustee Atty

**RULING:** Motion by Keystone at Meadow Woods HOA for Relief from Stay Re: 1201 Madeira Key Place, Orlando, FL 32824 (Doc #26) - Granted; order to include language Trustee to be notice of foreclosure; Order by Miller.      Response by Trustee to Keystone at Meadow Woods HOA Motion for Relief from Automatic Stay   (Doc #27)      (wc)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.